**2002–1783. Wentling v. Motorists Ins. Cos.**
Stark App. No. 2002CA00027, 2002-Ohio-4672. On review of order certifying a conflict. The court determines that a conflict exists; cause consolidated with 2002–1742, *Wentling v. Motorists Ins. Cos.*,

Stark App. No. 2002CA00027, 2002-Ohio-4672; causes held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.